IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Launeil Sanders and, ) | |
| Janneth Sanders, ) | |
| ) | Civil Action No. 7:07-3510-GRA-WMC |
| Plaintiffs, ) | |
| ) | **REPORT OF MAGISTRATE JUDGE** |
| vs. ) | |
| ) | |
| Henry McMaster, State of SC, ) | |
| Authorized Agent Chief Law ) | |
| Enforcement Officer, SC Attorney ) | |
| General, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The plaintiffs filed a motion for leave to proceed *in forma pauperis* on appeal on July 1, 2008.  By order of this court filed July 30, 2008, the plaintiffs were directed to respond to special interrogatories of the court seeking additional information regarding apparent inconsistencies between the information provided in the plaintiffs' motion filed July 1, 2008 (doc. 138), and the information provided in a previous motion to proceed *in forma pauperis* filed November 13, 2007 (doc. 16).  The plaintiff were given through August 22, 2008, to respond to the special interrogatories.  To date, they have failed to do so.

Wherefore, it is recommended that the motion to proceed *in forma pauperis* on appeal be denied.

_____
WILLIAM M. CATOE
UNITED STATES MAGISTRATE JUDGE

September 16, 2008

Greenville, South Carolina